SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
BERNARD TARUC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BERNARD TARUC, | Case No.: 2:25-cv-01333-FMO (Ex) |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| ZIXTA ENTERPRISES, INC.; 13940 RAMONA LLC; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff BERNARD TARUC ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: March 27, 2025                    **SO. CAL EQUAL ACCESS GROUP**


   _/s/ Jason J. Kim_
   JASON J. KIM
   Attorney for Plaintiff

| | |
|---|---|
| DATED: March 27, 2025 | MARC TRACHTMAN LAW, PC |
| | By: _/s/ Julie A. Luetkenhaus_ |
| | Julie A. Luetkenhaus |
| | Attorney for Defendants |

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _/s/ Jason J. Kim_
Jason J. Kim