**JS−6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC<br><br>  Plaintiff(s),<br><br>  v.<br><br>ZIXTA ENTERPRISES, INC. , et al.<br><br><br>  Defendant(s). | CASE NO:<br>2:25−cv−01333−FMO−E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 28th of March 2025                    /s/
                                   Fernando M. Olguin
                                   United States District Judge